# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CIVIL ACTION NO. 3:16-CV-707-FDW-DCK

| | |
|---|---|
| MICHAEL MCCARTER and FRANCES SUZETTE MCCARTER, | )<br>)<br>) |
| Plaintiffs, | )<br>) |
| v. | ) **ORDER** <br>) |
| JAMES LOUIS STOUDENMIER, | )<br>)<br>) |
| Defendant. | )<br>) |

**THIS MATTER IS BEFORE THE COURT** on the "Application For Admission To Practice *Pro Hac Vice*" (Document No. 3) filed by Melissa Leila Louzri, concerning Robert P. Foster on October 20, 2016. Mr. Robert P. Foster seeks to appear as counsel *pro hac vice* for Plaintiffs Michael McCarter and Frances Suzette McCarter. Upon review and consideration of the motion, which was accompanied by submission of the necessary fee, the Court will grant the motion.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the "Application For Admission To Practice *Pro Hac Vice*" (Document No. 3) is **GRANTED.** Mr. Robert P. Foster is hereby admitted *pro hac vice* to represent Plaintiffs Michael McCarter and Frances Suzette McCarter.

**SO ORDERED**.

Signed: October 20, 2016

_____
David C. Keesler
United States Magistrate Judge