IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:16-CV-707-DCK

| | |
|---|---|
| MICHAEL MCCARTER and FRANCES SUZETTE MCCARTER, ) ) ) Plaintiffs, ) ) v. ) ) JAMES LOUIS STOUDENMIER, ) ) Defendant. ) ) | **ORDER** |

**THIS MATTER IS BEFORE THE COURT** regarding settlement of this case. The parties filed a "Joint Notice Of Settlement" (Document No. 73) notifying the Court that the parties reached a settlement on August 8, 2018. The Court commends counsel and the parties for their efforts in resolving this matter.

**IT IS, THEREFORE, ORDERED** that the parties shall file a Stipulation of Dismissal in this case on or before **December 10, 2018**.

**IT IS FURTHER ORDERED** that Plaintiffs' "Motion In Limine As To General Matters" (Document No. 66) and "Defendant's Amended Motion In Limine To Bar Testimony From Treating Physician Dr. Charles Christopher Kanos, M.D." (Document No. 68) are **DENIED AS MOOT**.

**SO ORDERED**.

Signed: August 9, 2018

David C. Keesler
United States Magistrate Judge